THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CODY A.R., Appellant. [817 NYS2d 573]—Appeal from a judgment of the Niagara County Court (Peter L. Broderick, Sr., J.), rendered February 27, 2003. The judgment revoked defendant's probation and imposed a term of imprisonment.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed. Present—Scudder, J.P., Kehoe, Smith, Pine and Hayes, JJ.